**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

ROSS MATTHEW CATAFFO,

        Plaintiff,

v.                                   CIVIL ACTION NO.   2:26-cv-00328

DOUG CASTO,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Plaintiff Ross Matthew Cataffo's ("Plaintiff") Application to Proceed Without Prepayment of Fees or Costs.  (ECF No. 1.)  By Standing Order entered September 1, 2024, and filed in this case on May 11, 2026, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation ("PF&R").  (ECF No. 3.)  Magistrate Judge Tinsley filed his PF&R on May 13, 2026, recommending that this Court **DENY** Plaintiff's Application to Proceed Without Prepayment of Fees as **MOOT** and **DISMISS** this action without prejudice.  (ECF No. 4.)

The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Failure to file timely objections constitutes a waiver of de novo review and the Plaintiff's right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th

1

Cir.1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).   In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).   Objections to the PF&R in this case were due on June 1, 2026.   To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 4), **DENIES** Plaintiff's Application to Proceed Without Prepayment of Fees as **MOOT** and **DISMISSES** this action without prejudice.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      July 9, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

2